| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gregory D. Angus<br>Law Office of Gregory D. Angus<br>4298 Orange Street<br>Riverside, CA 92501<br>(951) 781-6555<br>(951) 781-6550<br>SBN 210327<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Rulon Draney | **FILED**<br>NOV 25 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>    Rulon Draney<br><br><br><br><br>                                                          Debtor(s). | CHAPTER: 7<br>CASE NO.: 6:09-bk31182BB<br>DATE:  12/8/09<br>TIME:  10:00 AM<br>CTRM:  303<br>FLOOR: 3rd |

## RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND DECLARATION(S) IN SUPPORT
(MOVANT: U.S. Bank N.A. for Downey Savings and Loan    )
(RESPONDENT: ☒ Debtor ☐ Trustee ☐ Other: _____ )

**GENERAL NOTE:** *A request for additional time is **not** usually an adequate response in opposition to the Motion. This Response and supporting declaration(s) and other admissible evidence must be filed with the Court and served pursuant to the Local Bankruptcy Rules.*

1. ☐ **NON-OPPOSITION:** Notice is hereby given that the Respondent does not oppose the granting of the Motion.

    **NOTE:** *If you do not oppose the Motion, there is no need to appear at the hearing scheduled in the Motion.*

2. ☐ **LIMITED OPPOSITION -- APPEARANCE REQUIRED:** Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession shall take place before *(specify date):*

    The reason for this request is *(specify):*

(Continued on next page)

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                F 4001-1M.RES

| Response to Motion for Relief from Stay - *Page 2 of* ____ | **F 4001-1M.RES** |
|---|---|
| In re (SHORT TITLE)<br>Rulon Draney<br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 6:09bk-31182BB |

3. ☒ **OPPOSITION -- APPEARANCE REQUIRED:** Notice is hereby given that the Respondent opposes the granting of the Motion for the reasons set forth below.

   a. Respondent disputes the allegations/evidence contained in the Motion. As shown in the Declaration(s) filed with this Response:

   ☒ The value of the Property is $ 310,000.00 _____, based upon *(specify)*:

   ☒ Total amount of debt (loans) on the Property is $ 247,326.55 _____.

   ☐ More payments have been made to Movant than the Motion has accounted for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

   ☐ The Property is necessary for an effective reorganization. Respondent has filed or intends to file a plan requiring the Property. A true and correct copy of the Plan is attached as Exhibit _____.

   ☒ The Property is insured. A true and correct copy of the policy currently in effect is attached as Exhibit C _____.

   ☐ The Movant's description of the status of the unlawful detainer proceeding is not accurate. See attached Declaration for Respondent's evidence.

   ☐ Respondent denies that this bankruptcy was filed in bad faith or improperly. See attached Declaration containing Respondent's evidence.

   ☐ Debtor would be prejudiced if the lawsuit or administrative proceeding is allowed to continue outside the bankruptcy court. See attached Declaration regarding Respondent's contentions.

   ☐ Service of the Motion:    ☐ Not all parties were served    ☐ Insufficient notice of the hearing
   ☐ Incorrect address used for *(specify)* _____
   ☐ Other *(specify)*:

   b. Respondent asserts:

   ☐ Case has been converted from Chapter _____ to Chapter _____.
   ☒ All postpetition arrears will be cured by the hearing date.
   ☒ The Debtor has equity in the Property in the amount of $ 62,000.00 _____.
   ☒ Movant has an equity cushion of $ 62,000.00 _____ which is sufficient to provide adequate protection.
   ☐ The Property is necessary for an effective reorganization because *(specify reasons why)*:

   ☒ The Motion should be denied because *(specify)*:
   1. Movant's interest in the collateral is protected by a sufficient equity cushion.
   2. Respondent's change in employment circumstances will allow Respondent to cure arrears by Home Loan Modification, Conversion to Chapter 13 Bankruptcy, or filing of Chapter 13 Bankruptcy upon discharge of Chapter 7.
   3. Debtor has a prospective buyer and maybe able to sell the property upon the Court's approval.

*(Continued on next page)*

---

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 4001-1M.RES**

Response to Motion for Relief from Stay - *Page 3 of* ___     **F 4001-1M.RES**

| In re Rulon Draney | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 6:09bk-31182BB |

4. **EVIDENCE IN SUPPORT OF RESPONSE AND SUPPORTING PAPERS:**

> **NOTE RE SUPPORTING PAPERS:** *Declarations in opposition to the Motion* ***MUST*** *be attached hereto. Any individual signing a declaration must have personal knowledge of the facts stated in it and should attach any supporting documents, if possible. You may attach a Memorandum of Points and Authorities if you desire, but it is not required.*

> **NOTE RE SERVICE OF RESPONSE AND SUPPORTING PAPERS:** *Pursuant to the Local Bankruptcy Rules, you must file with the Bankruptcy Court Clerk this completed Response along with supporting declaration(s) signed under penalty of perjury, AND also serve a copy of the Response and declaration(s) on the Movant's attorney (or Movant, if no attorney), the Bankruptcy Trustee, the United States Trustee, and all other parties to the Motion.*

Pursuant to the Local Bankruptcy Rules, attached hereto are the following papers in support of this Response:

- [x] Declaration by Debtor
- [ ] Declaration by Debtor's Attorney
- [ ] Declaration by Trustee
- [ ] Declaration by Trustee's Attorney
- [ ] Declaration by Appraiser
- [ ] Memorandum of Points and Authorities *(optional)*
- [x] Other *(specify)*: Attached "Exhibits A & B" to Debtor's Declaration, Proof of Insurance ("Exhibit C")

Dated: 11/24/09

Respectfully submitted,

Rulon Draney
*Respondent's Name*

Law Office of Gregory D. Angus
*Law Firm Name (if applicable)*

By: _[signature]_
*Signature*

Name: Gregory D. Angus
*Attorney for Respondent or Pro Se Respondent*

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-1M.RES**

Response to Motion for Relief from Stay - Page 4 of ___    **F 4001-1M.RES**

| In re<br>Rulon Draney | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 6:09bk-31182BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as <u>Response To Motion For Order To Terminate, Annul, Or Condition The Automatic Stay Under 11USC 362 and Declaration In Support</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 11/24/09 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/24/09 | Daniel Enriquez | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-1M.RES**

Response to Motion for Relief from Stay - *Page 5 of* ____     **F 4001-1M.RES**

| In re Rulon Draney | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 6:09bk-31182BB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012-3332
JUDGE'S COPY

Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365

Helen R. Fraser
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Chapter 7 Trustee

Rulon Draney
3409 Holly Crane Drive
Highland, CA 92346
Debtor

Gregory D. Angus, Esquire
4298 Orange Street
Riverside, CA 92501-3827
Debtor's Attorney

U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

---

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009     **F 4001-1M.RES**

Case 6:09-bk-31182-BB    Doc 13    Filed 11/25/09    Entered 11/25/09 16:21:44    Desc
Main Document    Page 6 of 17

```
Gregory D. Angus, 210327
Attorney at Law
4298 Orange Street
Riverside, CA 92501
Telephone: (951) 781-6555
Fax: (951) 781-6550
Attorney for Respondent: Rulon Draney
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Rulon Draney | ) RRESPONDENT'S DECLARATION IN<br>) SUPPORT OF RESPONSE<br>)<br>) CHAPTER: 7<br>) CASE NO: 6:09-bk-31182-BB<br>) DATE: December 8, 2009<br>) TIME: 10:00 AM<br>) CTRM: 303<br>) FLOOR: 3rd<br>)<br>) |
|---|---|

I, Rulon Draney, Respondent in the above referenced proceeding declare as follows:

I am the owner of the property located at 3409 Holly Circle Drive, Highland, CA 92346.

I filed a Chapter 7 Bankruptcy on September 9, 2009, listing the above mentioned property on "Schedule A" of my bankruptcy petition.

The value of the property known to me at the time of the petition filing was estimated at $265,000.00. A reviewing of real estate comparables puts the value of the property at about $310,000.00.

(I have attached a list of comparables attached as "Exhibit A").

Debtors Declaration in Support of Response                Page 1 of 3

1. The amount of the secured claim against the property was listed by me within the petition as $213,987.78. This amount did not include arrearages and late fees.
2. The total amount of debt owed on the property as listed on Page 7 of 11 within Movant's Motion is $247,326.55 (Attached as "Exhibit B").
3. With the actual value of the property being $310,000.00 and the claim amount being $247,326.55, this leaves the equity in the property closer to $62,000.00.
4. With the above value considered, the Movant's claim on page 8 of 11 of the motion that the equity is only $19,720.61 is highly inaccurate.
5. The Equity cushion would be closer to the $62,000.00 amount.
6. I will submit to the Court at the hearing, a more precise and actual appraisal estimate.
7. Furthermore, at the time of the filing of my bankruptcy petition I was unemployed. I have recently secured employment as a General Manager with a company called Enterprise Collision, an Auto Collision Specialist Company located at 2726, Main Street, Riverside, CA, 92501, Phone Number (951) 682-1975. I will be earning a salary of $60,000.00 per year plus commission.
8. This will put me in the position of possibly qualify for a Home Loan Modification, converting my Chapter 7 Bankruptcy into a Chapter 13, or in the alternative filing a Chapter 13 Bankruptcy when my Chapter 7 is discharged.
9. I also have an interested buyer in the property, so I may be able to sell the property upon acquiring approval from the Court.

The Movant would then be paid from the sale proceeds and I could preserve my exempt interest in the property.

Therefore, I ask the Court to deny Movant's motion and preserve the relief I am afforded by the Automatic Stay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on November 24, 2009, at Riverside, CA.

Rulon Drany
Declarant's Name

*[signature]*
Signature of Declarant

Debtors Declaration in Support of Response                    Page 3 of 3

# Exhibit A

## Home Values
**Subject Property** Mortgage

3409 Holly Circle Dr
Highland, CA 92346

**Zestimate® ▶ $310,000**
$ Per Square Foot: $106
For deeper insights, contact a local Real Estate Expert.

| | |
|---|---|
| Last Sale: | 02-06-2001 |
| Sales Price: | $260,000 |
| Year Built: | 1962 |
| BR: | 3 |
| BA: | 2 |
| BLDG SQ FT: | 2,454 |
| LOT SQ FT: | 18,434 |

See more property facts at Zillow
Provided by
Zillow.com

### 3409 Holly Circle Dr, Home Value



Ads by Google
### Are You In Real Estate?
We Design Websites for Realtors. Sign Up Today. Free 15 Day Trial!
www.Myers.com

**TODAY'S MORTGAGE RATES from Ethical Lenders**

| Ethical Lender Name | Rate | Points | Fees | Lock | APR | Monthly Payment | Last Updated | Loan.com Rating |
|---|---|---|---|---|---|---|---|---|
| **Featured Listings** | | | | | | | | |
| US Mortgage Capital - Robert Shamie, VP | 4.625% | 0.000 | $795 | 30 | 4.66% | $1,028 | 11/24/2009 | |
| Nationwide Mortgage Lending Group | 4.750% | 0.000 | $1,100 | 20 | 4.80% | $1,043 | 11/24/2009 | |
| The Money Store | 4.750% | 0.000 | $895 | 30 | 4.79% | $1,043 | 11/23/2009 | |
| Clarion Mortgage | 4.750% | 0.000 | $1,755 | 30 | 4.83% | $1,043 | 11/23/2009 | |
| Clarion Mortgage | 4.875% | -0.625 | $1,755 | 30 | 4.90% | $1,058 | 11/23/2009 | |
| CloseYourOwnLoan.com | 4.750% | 0.000 | $1,240 | 30 | 4.80% | $1,043 | 11/23/2009 | |
| Amerimac Plaza West Financial | 4.625% | 0.000 | $1,371 | 30 | 4.684% | $1,028 | 11/24/2009 | |
| AimLoan.com - A Direct Lender | 4.750% | 0.000 | $1,995 | 30 | 4.837% | $1,043 | 11/24/2009 | |
| CapWest Mortgage Corp | 4.875% | 0.000 | $749 | 30 | 4.908% | $1,058 | 11/24/2009 | |
| Kinecta Federal Credit Union | 4.875% | 0.000 | $1,000 | 45 | 4.919% | $1,058 | 11/23/2009 | |
| Amerisave | 5.125% | 0.000 | N/A | 30 | 5.125% | $1,089 | 11/24/2009 | |

Powered by Loan.com

| Location | | History | | | Room Count | | Square Feet | | |
|---|---|---|---|---|---|---|---|---|---|
| Property Address | Proximity | Sale Date | Sale Price | Built In | Beds | Baths | Building | Price Per | Lot |
| **Subject Property** | | | | | | | | | |
| 3409 Holly Circle Dr | 0 mi | 02-06-2001 | $260,000 | 1962 | 3 | 2 | 2,454 | $106 | 18,434 |
| Recent Sales in this Area | | | | | | | | | |
| Recent Sales in this Area not included in the Comp Set due to missing data | | | | | | | | | |

Provided by
Zillow.com



## HomeGain
### Your Real Estate Connection

Welcome Rulon! | Logout

Find a REALTOR®    Find a Home    Home Values    My HomeGain

# My HomeGain Results - My Home's Value

**The local HomeGain-certified real estate agent below has received your request for 3409 Holly Circle Drive.** Your agent should contact you shortly to provide your custom valuation estimate.

**Below are comparable home sales for 3409 Holly Circle Drive to give you a general idea of the value of your home.**

### Dennis LaTourette of La Tourette Realty

La Tourette Realty
2321 Denair Ave.
Highland, CA 92346
Office: 909) 425-5442
Cellular: 909) 831-8993
Email: dennislatourette@att.net
Dennis's web page

Working with a REALTOR® familiar with your neighborhood and with the specific characteristics and condition of your home is the best way to get an accurate home valuation estimate. Dennis LaTourette may contact you by phone for additional information to help create a more detailed report. Or feel free to contact Dennis directly to discuss your home's value.

### Home Seller Tools
Maximize Your Home's Value by finding out which home improvements will add the most to your sale price.
View Homes for Sale Nationwide.
Go.
See More Tools.

Comparable Local Sales for 3409 Holly Circle Drive, HIGHLAND, CA 92346

See Nearby Sales.
How to Return to this page.

Enter New Address.
Tell a Friend about using HomeGain to find out what a home is worth.

| Property Address | Sort by: Proximity | Sales Price | Sales Date | Bedrooms | Square Feet | Year Built |
|---|---|---|---|---|---|---|
| 3543 CITRUS ST | 0.10 mi | $385,000 | 9/17/2008 | 4 | 2315 | 1979 |
| 2849 COLE AVE | 0.14 mi | $289,000 | 5/14/2008 | 4 | 1837 | 1978 |
| 3346 LYNWOOD DR | 0.19 mi | $125,000 | 6/17/2009 | 3 | 1632 | 1980 |
| 3619 HOLLY VISTA DR | 0.21 mi | $250,000 | 10/6/2008 | 4 | 2173 | 1978 |
| 3631 LYNWOOD DR | 0.22 mi | $425,000 | 11/20/2007 | 4 | 2191 | 1979 |
| 3445 OLEANDER DR | 0.24 mi | $198,500 | 9/22/2009 | 4 | 1838 | 1977 |
| 3695 29TH ST | 0.27 mi | $175,000 | 9/24/2009 | 4 | 2256 | 1978 |
| 3672 PALM CREST DR | 0.29 mi | $148,250 | 12/1/2006 | 3 | 2067 | 1986 |
| 3695 PALM CREST DR | 0.30 mi | $330,000 | 5/29/2009 | 4 | 2202 | 1985 |
| 3666 PIEDMONT DR | 0.31 mi | $237,500 | 6/18/2009 | 4 | 1767 | 1968 |
| 2483 MERCEDES AVE | 0.36 mi | $189,125 | 6/12/2009 | 4 | 2077 | 1979 |
| 2504 MERCEDES AVE | 0.38 mi | $240,000 | 3/31/2009 | 3 | 1817 | 1979 |
| 3704 OLEANDER DR | 0.40 mi | $206,000 | 11/20/2008 | 3 | 1539 | 1973 |
| 2465 SPRING MEADOW LN | 0.41 mi | $260,000 | 7/31/2009 | 4 | 2132 | 1962 |
| 3748 PIEDMONT DR | 0.41 mi | $185,000 | 7/27/2009 | 4 | 1767 | 1969 |
| 2535 MERCEDES AVE | 0.42 mi | $346,500 | 6/11/2008 | 4 | 2077 | 1979 |
| 2955 MICHELLE LN | 0.44 mi | $439,000 | 5/18/2007 | 3 | 1926 | 1979 |
| 2605 PALM AVE | 0.44 mi | $157,250 | 7/22/2009 | 3 | 1768 | 1968 |
| 3121 N BANGOR AVE | 0.48 mi | $350,000 | 10/6/2008 | 5 | 2622 | 1989 |
| 3531 PLEASANT HILL DR | 0.49 mi | $379,000 | 2/28/2008 | 3 | 2187 | 1968 |

The sales data presented above is obtained from public records, where available. This information is not an appraisal or a Comparative Market Analysis (CMA) and cannot be used to replace a professional appraisal. Always consult a licensed appraisal professional or experienced, local REALTOR® before contemplating any real estate transaction.

Find a Real Estate Agent | Homes for Sale | Home Values | Resource Center | REALTORS® Join Here | Sitemap | Advertise | Affiliate Program | Blog | Media Center | About HomeGain | Help | Privacy Policy | Terms of Use | Fair Housing

HomeGain on Social Media: Twitter | Facebook | LinkedIn | HomeGain Nation | YouTube

A REALTOR® is a real estate professional who is a member of the National Association of REALTORS®.
Copyright © 2009 HomeGain.com, Inc. is a Licensed Real Estate Broker

Exhibit **B**

Motion for Relief from Stay (Real Property) - *Page 7 of 11*    **F 4001-1M.RP**

| In re                  (SHORT TITLE)   | CHAPTER: 7 |
|---|---|
| Rulon Draney                                           Debtor(s). | CASE NO.: 6:09-bk-31182-BB |

5. Nature of Debtor's(s') interest in the Property:
   a. ☒ Sole owner
   b. ☐ Co-owner(s) *(specify)*:
   c. ☐ Lien holder *(specify)*:
   d. ☐ Other *(specify)*:
   e. ☒ Debtor(s)    ☒ did    ☐ did not    list the Property in the Schedules filed in this case.
   f. ☐ Debtor(s) acquired the interest in the Property by    ☐ grant deed    ☐ quitclaim deed    ☐ trust deed

      The deed was recorded on:

6. Amount of Movant's claim with respect to the Property:

|   |   | PREPETITION | POSTPETITION | TOTAL |
|---|---|---|---|---|
| a. | Principal: | $ | $ | $ 213,987.78 |
| b. | Accrued Interest | $ 27,122.24 | $ 4,094.32 | $ 31,216.56 |
| c. | Late Charges | $ 1,222.21 | $ 0.00 | $ 1,222.21 |
| d. | Costs (Attorney's Fees, Other Costs): | $ 0.00 | $ 900.00 | $ 900.00 |
| f. | Advances (Property Taxes, Insurance): | $ | $ | $ 0.00 |
| g. | TOTAL CLAIM as of October 30, 2009: | $ 28,344.45 | $ 4,994.32 | $ 247,326.55 |

   h. ☐ Loan is all due and payable because it matured on *(specify date)*:

7. Movant holds a ☒ deed of trust    ☐ judgment lien    ☐ other *(specify)*
   that encumbers the Property.

   a. A true and correct copy of the document as recorded is attached as Exhibit __1__.
   b. A true and correct copy of the promissory note or other document that evidences the Movant's claim is attached as Exhibit __2__.
   c. ☐ A true and correct copy of the assignment(s) transferring the beneficial interest under the note and deed of trust to Movant is attached as Exhibit _____.

8. Status of Movant's claim relating to the Property *(fill in all applicable information requested below)*:

   a. Current interest rate: 6.068%
   b. Contractual maturity date: February 1, 2031
   c. Amount of current monthly payment: $ 2,047.16
   d. Number of PREPETITION payments that have come due and were not made: __13__. Total amount: $ 27,122.24
   e. Number of POSTPETITION payments that have come due and were not made: __2__. Total amount: $ 4,094.32
   f. Date of POSTPETITION default: October 1, 2009
   g. Last payment received on the following date: unknown
   h. Notice of default recorded on the following date: unknown
   i. Notice of sale recorded on the following date: unknown
   j. Foreclosure sale originally scheduled for the following date: unknown
   k. Foreclosure sale currently scheduled for the following date: unknown
   l. Foreclosure sale already held on the following date: unknown
   m. Trustee's deed on sale already recorded on the following date: unknown
   n. Future payments due by time of anticipated hearing date *(if applicable)*:
      An additional payment of $ 2,047.16 will come due on 12/1/09, and on the __1st__ day of each month thereafter. If the payment is not received by the _____ day of the month, a late charge of $ _____ will be charged to the loan.

9. Attached hereto as Exhibit _____ is a true and correct copy of a POSTPETITION statement of account that accurately reflects the dates and amounts of all charges assessed to and payments made by the Debtor(s) since the petition date.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-1M.RP**

Exhibit **C**

**CSE Insurance Group**

Agent Copy

## Amended - Homeowners Policy
Coverage is provided by Civil Service Employees Insurance Company

Effective 1/31/2009, supersedes any previous declaration bearing the same number for this policy term. Reason for amendment: CHANGED 1ST MORTGAGEE ADDRESS

| Policy # | Policy Term (begins and ends at 12:01 a.m. Standard Time) | | Notice Date |
|---|---|---|---|
| CAH 0713040 | From 1/31/2009 To 1/31/2010 | 001 | 1/30/2009 |

| Agent Phone 909-980-0038   Agent # 43334-43334 | Named Insured and Address |
|---|---|
| ACTIONSHOPPE INSURANCE BKR<br>10722 ARROW RTE, SUITE 816<br>RANCHO CUCAMONGA CA 91730 | DRANEY, RULOND<br>3409 HOLLY CIRCLE DRIVE<br>HIGHLAND CA 92346 |

The premises covered by this policy is located at    3409 HOLLY CIRCLE DR
HIGHLAND CA 92346-1838

Coverage at the above described location is provided only where a limit of liability is shown or a premium is stated.

| Section I Loss Deductible    $500 | | |
|---|---|---|
| **Section I Coverage** | **Limit of Liability** | **Premium** |
| A. Dwelling | $365,717 | $1,774.00 |
| B. Other Structures | $36,572 | Included |
| C. Personal Property | $256,002 | Included |
| D. Loss of Use | $73,143 | Included |
| **Section II Coverage** | | |
| E. Personal Liability | $100,000 | Included |
| F. Medical Payment to Others | $1,000 | Included |
| | **Total Basic Premium** | **$1,774.00** |

The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

**Additional Premiums – See Additional Coverages**
| | |
|---|---|
| Identity Recovery Coverage | $15.00 |
| Workers Compensation and Employers Liability – OCC EMPL | Included |

**Discounts and Other Credits**
| | |
|---|---|
| Optional Deductible | $400.00 CR |
| Homegard Credit | $185.00 CR |
| Premises Alarm or Fire Protection System Credit | $88.00 CR |
| Persistency Discount | $33.00 CR |
| **Total Additional Premiums/Credits** | **$691.00 CR** |
| Seismic Safety Commission Assessment (SSC) | $0.14 |
| **Total Annual Premium** | **$1,083.14** |

Effective 1/31/2009 your policy was changed for: CHANGED 1ST MORTGAGEE ADDRESS
Prior to this change your term premium was    $1,083.14
Your new term premium itemized above is    $1,083.14
For the period of 1/31/2009 to 1/31/2010 this change caused a premium increase/decrease of $0.00

Mortgagee Billed    Continued on next page

| Billing Activity as of 1/30/2009 | | Installment Schedule |
|---|---|---|
| $0.00 | Balance from Prior Term | |
| $1,083.14 | Total Policy Premium | |
| $0.00 | Installment Fee to Date | |
| $1,083.14 | Amount Received | |
| $0.00 | Current Balance/To Pay in Full | |
| $0.00 | Minimum Due By | |
| | | Each installment includes a $6.00 service charge |

**Policy #** CAH 0713040
**From** 1/31/2009 **To** 1/31/2010
**Insured** DRANEY, RULOND

**Agent #** 43334-43334
**Agent Phone** 909-980-0038  **Fax** 909-980-1423
**Agent** ACTIONSHOPPE INSURANCE BKR

**Rating Information:**

| Form | Constr | Year | Roof Type | Prot Class | Terr | Value Up | Deduct Amount | # Fam | # Apt | Soil Type | Retrofit | Feet to Hydrant | Mi. Fire Station |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | 1 | 1962 | OTHER | 02 | 040 | Y | 500 | 001 | | S2 | N | 500 | 2 |

**Fin Stab**
**Factor**

**Mortgagee -** 001   **Loan No** 9030249171
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A.
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 2965
PHOENIX AZ 85062-2965

**Policy includes the following forms and endorsements**

| Form Number | | Description | Form Number | | Description |
|---|---|---|---|---|---|
| F.30420G | 5/03 | ENDORSEMENTS BOOKLET | F.30735C | 1/05 | CA RES PROP INS DISCLOSURE |
| F.32370A | 4/06 | CA RES PROP INS BILL OF RIGHTS | H003ST0 | 1/88 | SPECIAL FORM |
| H216ST0 | 1/88 | PREMISES ALARM-FIRE PROTECTION | H438ST0 | 1/88 | LENDER'S LOSS PAY ENDORSEMENT |
| F.30480E | 7/01 | POLICY BOOKLET | F.31485A | 5/01 | PRIVACY NOTIFICATION |
| F.31625A | 4/02 | -CA PATHOGENIC ORGANISMS | F.32210A | 8/03 | CRIMINAL ACTS ENDORSEMENT |
| F.32465A | 11/05 | IDENTITY RECOVERY COVERAGE | F.32280B | 2/07 | CONTACT INFORMATION NOTICE |
| G.4490A | 11/04 | HOMEOWNER DISCOUNTS | F.30850B | 10/06 | HOMEGARD |
| F.31550A | 12/01 | PATHOGENIC ORGANISMS EXCLUSION | G.4435B | 10/06 | AMENDMENT TO SPECIAL LIMITS |
| H090CA0 | 4/06 | WORKER COMP-RESIDENCE EMPLOYEE | F.30645A | 4/94 | ORDINANCE OR LAW EXCLUSION |
| F.30650A | 4/94 | ORDINANCE OR LAW COVERAGE | H052ST0 | 1/88 | CONTINUOUS RENEWAL PLAN |
| H300CA0 | 1/88 | SPECIAL PROVISIONS | | | |

**Description of Additional Coverages**
- Miscellaneous Endorsement
    INSURED NAME: A SINGLE MAN
- Protective Devices
    No Burglar Alarm System
    Local Smoke or Fire Alarm
    No Sprinkler System
    Non Gated and Guarded Community
- Lender's Loss Payable Endorsement
- Persistency Discount - Original Effective Date is 1/31/2001
- HOMEGARD Coverage - See Policy for Limitations
- Workers Compensation and Employers Liability - Coverage for OCCASIONAL SERVANT
- Building Ordinance or Law - Limit is 10% of Coverage A.
- Earthquake Coverage does not apply.
- Flood Coverage does not apply.

# FACSIMILE COVER PAGE

| | | | |
|---|---|---|---|
| **To :** | Ruland Draney | **From :** | Laura Gomez |
| **Sent :** | 11/24/2009 at 2:01:42 PM | **Pages :** | 3 (including Cover) |
| **Subject :** | Homeowners Declaration page | | |