| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gregory D. Angus<br>Law Office of Gregory D. Angus<br>4298 Orange Street<br>Riverside, CA 92501<br>(951) 781-6555<br>(951) 781-6550<br>SBN 210327<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: Rulon Draney |  |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Rulon Draney | | CHAPTER: 7 |
|---|---|---|
| | | CASE NO.: 6:09-bk-31182-BB |
| | | DATE: 12/8/09 |
| | | TIME: |
| | | CTRM: 10 am |
| | Debtor(s). | FLOOR: 303 |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
(**MOVANT:** U.S. Bank, N.A., for Downey Savings and Loan       )

1. The Motion was: ☒ Contested   ☐ Uncontested   ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

   Street Address: 3409 Holly Circle Drive
   Apartment/Suite No.:
   City, State, Zip Code: Highland, CA 92346

   Legal description or document recording number (including county of recording):


   ☒ See attached page.

3. The Motion is granted under:   ☐ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                **F 4001-1O.RP**

Order on Motion for Relief from Stay (Real Property) - *Page 2 of* ___    **F 4001-1O.RP**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Rulon Draney | ☒ Debtor(s). | CASE NO.: 6:09-bk-31182-BB |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☒ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.

   d. ☒ See attached continuation page for additional provisions.

Dated: 1/19/10

_____
UNITED STATES BANKRUPTCY JUDGE

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1O.RP**

## LEGAL DESCRIPTION

PARCEL NO. 1:

THAT PORTION OF THE EAST 1/2 OF THE EAST 1/2 OF SECTION 29, TOWNSHIP 1 NORTH, RANGE 3 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE WEST LINE OF THE EAST 1/2 OF THE EAST 1/2 OF SAID SECTION 29, WHICH IS NORTH 0 DEG. 02' WEST, 3,315.73 FEET FROM THE SOUTHWEST CORNER OF THE EAST 1/2 OF THE SOUTHEAST 1/4 OF SECTION 29; THENCE NORTH 0 DEG. 02' WEST, 227.64 FEET TO A POINT ON THE A CURVE, THE TANGENT TO SAID CURVE BEARING NORTH 19 DEG. 45' 00" EAST; THENCE CURVING TO THE RIGHT WITH A RADIUS OF 169.43 FEET THROUGH A CENTRAL ANGLE OF 35 DEG. 30' 10", AN ARC DISTANCE OF 104.99 FEET; THENCE NORTH 55 DEG. 15' 10" EAST, 34.56 FEET TO THE TRUE POINT OF BEGINNING; THENCE SOUTH 67 DEG. 37' 30" EAST, 82.14 FEET; THENCE NORTH 64 DEG. 51' 30" EAST 220.29 FEET; THENCE NORTH 59 DEG. 22' 15" WEST, 136.51 FEET TO A TANGENT CURVE; THENCE CURVING TO THE LEFT WITH A RADIUS OF 65.00 FEET, THROUGH A CENTRAL ANGLE OF 88 DEG. 21' 55", AN ARC DISTANCE OF 100.35 FEET; THENCE SOUTH 32 DEG. 15' 20" WEST, 130.84 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THE FOLLOWING DESCRIBED PARCEL:

BEGINNING AT THE POINT OF BEGINNING OF THE AFORESAID PARCEL; THENCE NORTH 32 DEG. 15' 50" EAST, 130.84 FEET TO A TANGENT CURVE; THENCE CURVING RIGHT WITH A RADIUS OF 65.00 FEET THROUGH A CENTRAL ANGLE OF 88 DEG. 21' 55", AN ARC DISTANCE OF 100.25 FEET; THENCE SOUTH 59 DEG. 22' 15" EAST, 136.51 FEET; THENCE SOUTH 64 DEG. 51' 30" WEST, 24.26 FEET TO A POINT ON A CURVE THE INITIAL TANGENT TO SAID CURVE BEARING NORTH 56 DEG. 32' 15" WEST; THENCE CURVING TO THE LEFT FROM SAID INITIAL TANGENT WITH A RADIUS OF 47.59 FEET, THROUGH A CENTRAL ANGLE OF 2 DEG. 50' 00", AN ARC DISTANCE OF 2.35 FEET; THENCE NORTH 59 DEG. 22' 15" WEST, 120.51 FEET TO A TANGENT CURVE; THENCE CURVING TO THE LEFT WITH A RADIUS OF 45.0 FEET THROUGH A CENTRAL ANGLE OF 88 DEG. 21' 55", AN ARC DISTANCE OF 69.40 FEET; THENCE SOUTH 32 DEG. 15' 50" WEST, 96.28 FEET TO A TANGENT

CURVE; THENCE CURVING TO THE RIGHT WITH A RADIUS OF 189.96 FEET, THROUGH A CENTRAL ANGLE OF 9 DEG. 33' 20", A ARC DISTANCE OF 31.68 FEET; THENCE NORTH 67 DEG. 37' 30" WEST 17.63 FEET TO THE POINT OF BEGINNING.



1D038.UFF (11/99)

Order on Motion for Relief from Stay (Real Property) - *Page 3 of* ___    **F 4001-1O.RP**

| In re<br>Rulon Draney | (SHORT TITLE)<br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 6:09-bk-31182-BB |
|---|---|---|

# ADEQUATE PROTECTION ATTACHMENT
**(MOVANT:** U.S. Bank, N.A., for Downey Savings and Loan **)**

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) tendered payments at the hearing in the amount of $_____.

2. ☒ The Debtor(s) shall make regular monthly payments in the amount of $2,047.16 commencing 1/1/10.
   The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address:

   U.S. Bank

   3501 Jamboree Road

   Newport Beach, CA 92660

3. ☐ The Debtor(s) shall cure the postpetition default computed through _____ in the sum of $_____ as follows:
   a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____.
   b. ☐ By paying the sum of $_____ on or before _____,
   c. ☐ By paying the sum of $_____ on or before _____,
   d. ☐ By paying the sum of $_____ on or before _____,
   e. ☐ Other:

4. ☒ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date)*:
   Disclosure Statement shall be approved on or before *(specify date)*:
   The Plan shall be confirmed on or before *(specify date)*:

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within 14 days after mailing of such written notice:
   a. ☐ The stay shall automatically terminate without further notice, hearing or order.
   b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.
   c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.
   d. ☐ The Movant may move for relief from the stay on regular notice.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                                                         F 4001-1O.RP

Order on Motion for Relief from Stay (Real Property) - *Page 4 of* ____    **F 4001-1O.RP**

| In re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| Rulon Draney | | Debtor(s). | CASE NO.: 6:09-bk-31182-BB |

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of ___3___ *(number)* notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☐ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☐ Other *(specify)*:

Judge's Initials

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.RP**

Order on Motion for Relief from Stay (Real Property) - *Page 5 of* ___   **F 4001-1O.RP**

| In re Rulon Draney | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 6:09-bk-31182-BB |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category 1. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4298 Orange Street, Riverside, CA 92501

A true and correct copy of the foregoing document described as <u>Order Granting Motion For Relief of Automatic Stay Under 11 U.S.C Section 362 (Real Property)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>1/4/10</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/4/10 | Daniel Enriquez | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                          **F 4001-1O.RP**

In Re: Rulon Draney                          Chapter 7 Case Number: 6:09-bk-31182-BB

**ADDITIONAL SERVICE INFORMATION (for Proof of Service Document)**

Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012-3332
JUDGES COPY

Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365

Helen R. Fraser
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Chapter 7 Trustee

Rulon Draney
2309 Holly Circle Drive
Highland, CA 92346
Debtor

Gregory D. Angus, Esquire
4298 Orange Street
Riverside, CA 92501
Debtor's Attorney

U.S. Trustee
3685 Main Street
Riverside, CA 92501

Order on Motion for Relief from Stay (Real Property) - *Page 7 of* ____    **F 4001-1O.RP**

| In re Rulon Draney | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 6:09-bk-31182-BB |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order Granting Motion For Relif of Automatic Stay Under 11 U.S.C. Section 362 (Real Property) _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

U.S. Trustee, 3685 Main Street, Suite 300, Riverside, CA 92501

Helen R.Fraser, Chapter 7 Trustee, Atkinson Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300, Cerritos, CA 90703

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                           **F 4001-1O.RP**

In Re: Rulon Draney                    Chapter 7 Case Number: 6:09-bk-31182-BB

**ADDITIONAL SERVICE INFORMATION (for Notice of Entered Order and Service List)**

Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012-3332
JUDGES COPY

Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365

Rulon Draney
2309 Holly Circle Drive
Highland, CA 92346
Debtor

Gregory D. Angus, Esquire
4298 Orange Street
Riverside, CA 92501
Debtor's Attorney